# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KAY M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIZAKAJI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 22-cv-1969-DDL <br><br> **ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND** <br><br> **[Dkt. No. 11]** |

Before the Court is a Joint Motion for Voluntary Remand, wherein the parties move the Court for an order reversing the final decision of the Commissioner and remanding the case to the Commissioner pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. *See* Dkt. No. 11. The parties also request entry of a final judgment in Plaintiff's favor. *Id.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

     Accordingly, the Court **GRANTS** the Joint Motion and hereby further **ORDERS** that the final decision of the Commissioner is reversed. The case is remanded to the Commissioner. On remand, the Commissioner shall: (1) reevaluate the medical opinion evidence, Plaintiff's subjective complaints, and Plaintiff's residual functional capacity; (2) offer Plaintiff an opportunity for a hearing; (3) further develop the record as necessary, and (4) issue a new decision. The Clerk of the Court is directed to enter final judgment in favor of Plaintiff and against Defendant and terminate the case.

     **IT IS SO ORDERED.**

Dated:  March 7, 2023

_____
Honorable David D. Leshner
United States Magistrate Judge